■ BANQUE NATIONALE DE PARIS, Appellant, v DONOVAN LEISURE NEWTON & IRVINE et al., Respondents. [670 NYS2d 772] —Order and judgment (one paper), Supreme Court, New York County (Lewis Friedman, J.), entered June 23, 1997, unanimously affirmed for the reasons stated by Friedman, J., with costs and disbursements. No opinion. Concur—Lerner, P. J., Milonas, Rosenberger, Nardelli and Williams, JJ.